# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 20, 2019

158085

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                          SC: 158085
                          COA: 343348
EDDIE LEE GARRETT,             St Clair CC: 17-001835-FH
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the May 21, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 20, 2019



t0313

                                  Clerk